FILED

04/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 17-0398

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 17-0398

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RICHARD (RICK) BRANDT,

      Defendant and Appellant.

## ORDER

Following entry of this Court's April 7, 2020 Order reversing a single conviction and remanding this case, Defendant and Appellant Richard (Rick) Brandt, by counsel, has moved for immediate remittitur. Brandt represents that the State of Montana has no objection to this motion. Good cause appearing,

IT IS ORDERED that remittitur shall issue immediately.

The Clerk of this Court is directed to provide immediate notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2020